United States Bankruptcy Court
District of Arizona

In re: SHERITA L WILSON, Debtor — Case No. 25-07201-MCW, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2 | User: admin | 

Date Rcvd: Oct 06, 2026 | Form ID: 318 | Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | SHERITA L WILSON, 2000 S APACHE RD, LOT 107, BUCKEYE, AZ 85326-9107 |
| cr | +++ | GTSC Warehouse, LLC c/o Triad Financial Services,, c/o Padgett Law Group, 6267 Old Water Oak Rd., Suite 203, Tallahassee, FL 32312-3858 |
| 17837376 | + | City of Buckeye - Utility Billing, PO Box 25008, Salt Lake City UT 84125-0008 |
| 17837378 | + | Extra, Attn: Bankruptcy, 150 Sutter Street, P.O. Box 372, San Francisco CA 94104-0372 |
| 17880002 | + | GTSC Warehouse, LLC c/o, Triad Financial Services, 13901 Sutton Park Dr., South Suite 300, Jacksonville, FL 32224-0230 |
| 17837383 | + | Ideal Cars, 837 W Main St, Mesa AZ 85201-7105 |
| 17837393 | + | West Side Lending, P.O. Box 687, Keshena WI 54135-0687 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: AZDEPREV.COM | Oct 07 2026 04:31:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | | Email/Text: bankruptcy@huntingtonmgt.com | Oct 07 2026 00:51:00 | Huntington National Management LLC, Huntington National Management LLC, PO Box 1158, Hamburg, NY 14075-1158, UNITED STATES |
| 17838734 | + | Email/Text: bkinfo@ccfi.com | Oct 07 2026 00:51:00 | A Speedy Cash Car Title Loans, LLC, 15 Bull Street Suite 200, Savannah GA 31401-2686 |
| 17837370 | + | Email/Text: bankruptcy2006@apsc.com | Oct 07 2026 00:52:48 | APS, MS 3200, PO Box 53933, Phoenix AZ 85072-3933 |
| 17837375 | | Email/Text: bkinfo@ccfi.com | Oct 07 2026 00:52:00 | Checksmart, 7001 Post Road Suite 200, Dublin OH 43016 |
| 17837371 | + | Email/Text: cbfrecovery@gmail.com | Oct 07 2026 00:51:00 | Camelback Finance Inc, Attn: Bankruptcy, 1901 East Bell Rd, Ste 200, Phoenix AZ 85022-2842 |
| 17837372 | + | EDI: CAPITALONE.COM | Oct 07 2026 04:31:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 17837373 | + | Email/Text: bkinfo@ccfi.com | Oct 07 2026 00:52:00 | Cash 1, 4246 W Northern Ave, Phoenix AZ 85051-5766 |
| 17837374 | + | Email/Text: bkinfo@ccfi.com | Oct 07 2026 00:52:00 | Checksmart, 8310 W Thomas Rd, Phoenix AZ 85037-3322 |
| 17837377 | + | EDI: CCS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 04:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 17837379 | ^ | MEBN | Oct 07 2026 00:48:04 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls SD 57118-5650 |
| 17837380 | + | EDI: AMINFOFP.COM | Oct 07 2026 04:31:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls SD 57107-0145 |
| 17837381 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 07 2026 00:52:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell TX 75019-5877 |
| 17837382 | + | EDI: PHINGENESIS | Oct 07 2026 04:31:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 17915459 | | Email/Text: bankruptcy@huntingtonmgt.com | Oct 07 2026 00:51:00 | Huntington National Management LLC, PO Box 1158, Hamburg, NY 14075 |
| 17869362 | | EDI: JEFFERSONCAP.COM | Oct 07 2026 04:31:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302 |
| 17837385 | | Email/Text: bankruptcies@kovocredit.com | Oct 07 2026 00:50:00 | Kovo Inc, Attn: Bankruptcy, 9450 Sw Gemini Dr, Suite 87907, Beaverton OR 97008 |
| 17837384 | + | Email/Text: bankruptcy@kikoff.com | Oct 07 2026 00:51:00 | Kikoff, 75 Broadway, San Francisco CA 94111-1423 |
| 17837386 | ^ | MEBN | Oct 07 2026 00:48:48 | LVN Funding LLC, P.O. Box 828, Skokie IL 60076-0828 |
| 17840910 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 00:55:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17837388 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 00:55:56 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville SC 29602 |
| 17837387 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2026 00:56:10 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 17837389 | | Email/Text: connectcommunications@mrvbanks.com | Oct 07 2026 00:51:00 | MRV Banks, 871 Ste Genevieve Dr, Sainte Genevieve MO 63670 |
| 17898524 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2026 00:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17837369 | | Email/Text: support@cash1loans.com | Oct 07 2026 00:50:00 | AAA Auto Title Loans dba CASH 1, 2539 E Bell Rd, Phoenix AZ 85032 |
| 17837391 | ^ | MEBN | Oct 07 2026 00:48:10 | Triad Financial Services, Attn: Bankruptcy, 13901 Sutton Park Drive South, Suite 300, Jacksonille FL 32224-0230 |
| 17837392 | ^ | MEBN | Oct 07 2026 00:47:28 | Utility Selfreported, Po Box 4500, Allen TX 75013-1311 |
| 17837394 | + | Email/Text: bk@worldacceptance.com | Oct 07 2026 00:52:00 | World Fin, Po Box 6429, Greenville SC 29606-6429 |
| 17837395 | + | Email/Text: bk@worldacceptance.com | Oct 07 2026 00:52:00 | World Finance Corporat, Po Box 6429, Greenville SC 29606-6429 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GTSC Warehouse, LLC |
| 17837390 | ##+ | Pathfinder Credit Serv, Attn: Bankruptcy, 4465 W Gandy Blvd, Tampa FL 33611-3301 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Cutler | on behalf of Debtor SHERITA L WILSON documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| MISTY WEIGLE | trustee@weiglelawfirm.com AZ12@ecfcbis.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

Debtor 1 SHERITA L WILSON
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–9756
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court District of Arizona

Case number: 2:25–bk–07201–MCW

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

SHERITA L WILSON

10/6/26

**By the court:** Madeleine C. Wanslee
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**